IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Jana Harris | Reporter: G. Power |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: T. Mitchell |
| **MICHAEL RAY MALLETT** | |
| counsel: Jim Phillips | |
| counsel: | Date: March 11, 2008 |

CASE NO: 4:06CR00059-02-WRW

## COURT PROCEEDING: Rule 35 Hearing

**Begin: 2:00 p.m.**                                                                                        **End:   2:05 p.m.**

**Court calls case; Court grants pendingMotion; Amended J&C to be entered.**

**Court in recess.**

**CourthearingMinutes.wpd**